UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Lannie Paul Wood and Mary Gene Wood | **Case No :** | 09-42319 - B - 7 |
| | | **Date :** | 4/6/10 |
| | | **Time :** | 09:31 |
| **Matter :** | [29] - Motion/Application for Relief from Stay [MIG-1] Filed by Creditor Deutsche Bank National Trust Company (Fee Paid $150) (lars) | | |
| **Judge :** | Thomas Holman | | |
| **Courtroom Deputy :** | Sheryl Arnold | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | B | | |

**APPEARANCES for :**
**Movant(s) :**
(by phone)    Creditor's Attorney - Mishaela Graves
**Respondent(s) :**
         Debtor(s) Attorney - D. Randall Ensminger

Disposition After Oral Argument (formerly Tentative Ruling): Due to the number of matters on this morning's three related calendars (150 matters), the court issues the following abbreviated tentative ruling.

The motion is dismissed.

The motion is moot. This case was automatically dismissed as of 12:01 a.m. on December 1, 2009 pursuant to 11 U.S.C. § 521(i). The debtors failed to timely file all of the documents required by 11 U.S.C. § 521(a)(1). The movant already has the relief it seeks by this motion.

The court will issue a minute order.