FILED
April 12, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D52

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Lannie Paul Wood and Mary Gene Wood | **Case No :** | 09-42319 - B - 7 |
| | | **Date :** | 4/6/10 |
| | | **Time :** | 09:31 |
| **Matter :** | [29] - Motion/Application for Relief from Stay [MIG-1] Filed by Creditor Deutsche Bank National Trust Company (Fee Paid $150) (lars) | | |
| **Judge :** | Thomas Holman | | |
| **Courtroom Deputy :** | Sheryl Arnold | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | B | | |

**APPEARANCES for :**
**Movant(s) :**
(by phone) Creditor's Attorney - Mishaela Graves
**Respondent(s) :**
Debtor(s) Attorney - D. Randall Ensminger

CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are appended to the civil minutes and good cause appearing.

IT IS ORDERED that the motion is dismissed.

Dated: April 12, 2010

Thomas C. Holman
United States Bankruptcy Judge